STATE OF NEW JERSEY v. HENRY HODGE.

July 23, 1985.

Petition for certification denied.

CAMDEN FIRE INSURANCE ASSOCIATION v.
JAMES M. MCCLAIN.

July 23, 1985.

Petition for certification denied.

A.J. TENWOOD ASSOCIATES v. ORANGE SENIOR
CITIZENS HOUSING CO.

July 23, 1985.

Petition for certification denied.   (See 200 *N.J.Super.* 515)

RAYMOND DILL, SR. v. TOWNSHIP OF OLD BRIDGE.

July 23, 1985.

Petition for certification denied.